UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX RANKINS, JR. | CR. NO. 04-30003-MAP<br><br>VIOLATIONS<br><br>- 21 U.S.C. §841(a)(1) - Possession of Marijuana With Intent to Distribute<br>- 18 U.S.C. §922(k) Possession of a Firearm With Obliterated Serial Number<br>- 18 U.S.C. §924(c)(1) - Use of a Firearm in Relation to a Drug Trafficking Crime |

INDICTMENT

The Grand Jury charges that:

COUNT ONE:   (Title 21, United States Code, Section 841: Distribution and Possession with Intent to Distribute Marijuana; Title 18, United States Code, Section 2: Aiding and Abetting)

On or about January 9, 2003, in Hampden County, in the District of Massachusetts,

ALEX RANKINS, JR.,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT TWO</u>:        (Title 18, United States Code, Section 922(k):
                Possession of a Firearm with an Obliterated Serial
                Number)

On or about January 9, 2003, in Hampden County, in the District of Massachusetts,

ALEX RANKINS, JR.,

the defendant herein, did knowingly possess and receive a firearm, to wit a .22 caliber F.I.E. model Tex revolver, from which the manufacturer's serial number had been removed and obliterated and which had, at any time, been transported in interstate commerce;

All in violation of Title 18, United States Code, Section 922(k).

COUNT THREE: (Title 18, United States Code, Section 924(c)(1)(A): Carrying a firearm during and in relation to a drug trafficking crime; Title 18, United States Code, Section 2: Aiding and Abetting)

On or about January 9, 2003, in Hampden County, in the District of Massachusetts,

ALEX RANKINS, JR.,

the defendant herein, during and in relation to a drug trafficking crime, to wit, distribution and possession with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of 21 U.S.C. §841(a)(1), as charged in Count One of this Indictment, did knowingly use and carry firearms, to wit:

> 1) a Bryco, model 48, .380 caliber semi-automatic handgun, bearing serial number 058245;
>
> 2) a F.I.E., model Tex, .22 caliber revolver, from which the manufacturer's serial number had been removed;
>
> 3) an H & R, model Sportsman, .22 caliber revolver, bearing serial number S2469;
>
> 4) a Bryco, model Jennings Nine, 9mm pistol, bearing serial number 1508542; and
>
> 5) a Savage, model Mark II, .22 caliber rifle, bearing serial number 0015127.

In violation of Title 18, United States Code, Section

924(c)(1)(A) and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION

(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Count One of this Indictment,

ALEX RANKINS, JR.,

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses including, but not limited to, the following:

    (a) $3,488 in United States Currency.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property

described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Todd E. Newhouse
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on February 19, 2004 at 11:13 a.m.

_____
Deputy Clerk of Court