AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ALEX RANKINS, JR.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   the United States of America

I certify that I am admitted to practice in this court.

Date: 2/19/04

Signature

TODD E. NEWHOUSE      544457
Print Name      Bar Number

1550 Main Street, #310
Address

Springfield, MA 01103
City    State    Zip Code

(413) 785-0235     (413) 785-0394
Phone Number      Fax Number