AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

—— DISTRICT OF — Massachusetts ——

UNITED STATES OF AMERICA

### V.
ALEX RANKINS, JR.

## WARRANT FOR ARREST

CASE NUMBER: 04cr30003MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Alex Rankins, Jr. _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Possession with intent to distribute Marijuana, possession of a firearm with an obliterated serial number, use of a firearm in relation to a drug trafficking crime.

in violation of
Title _____ 21 _____ United States Code, Section(s) 841 and others

KENNETH P. NEIMAN
Name of Issuing Officer

MAGISTRATE JUDGE
Title of Issuing Officer

(Signature of Issuing Officer)

February 19, 2004    Springfield, Mass
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 43 Blunt Road Springfield MA. |

| DATE RECEIVED 2-19-04 | NAME AND TITLE OF ARRESTING OFFICER Thomas Shink - ATF T/F/A | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 2-20-04 | | |

This form was electronically produced by Elite Federal Forms, Inc.