```
                                            FILED
         UNITED STATES DISTRICT COURT     CLERK'S OFFICE
           DISTRICT OF MASSACHUSETTS
                                          2004 APR -6  P 4: 18
UNITED STATES OF AMERICA    )
                            )    Criminal No. 04-30003-MAP
                            )
                            )
         v.                 )
                            )
ALEX RANKINS, JR.,          )
         Defendant.         )
```

MEMORANDUM PURSUANT TO LOCAL RULE 116.5

The United States of America, by and through its undersigned attorneys hereby files this memorandum. The government faxed a draft to Mark J. Albano, Esq., counsel for defendant Rankins, on April 6, 2004.

1. There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The defendant has not requested discovery of expert witnesses under Fed. R. Crim. Pro. 16(a)(1)(E).

3. The parties do not anticipate providing additional discovery as the result of future receipt of information.

4. The defendant does not intend to raise a defense of insanity or public authority.

5. The government has requested notice of alibi by the defendant and there has been no response by the defendant.

6. The defendant has not filed and does not intend to file, any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial

1

pursuant to Fed. R. Crim. Pro. 12(c).

7. It is not necessary to schedule any matter in the case other than a trial.

8. The parties are not currently engaging in plea negotiations.

9. The parties agree that there are periods of excludable delay. The parties agree that the time frame from arraignment, March 25, 2004 through April 8, 2004 is excludable under Local Rule 112.2(A)(2). There were no motions or discovery letters filed.

Therefore, as of the day of the Status Conference on April 8, 2004, 14 days have run and 56 days remain on the Speedy Trial clock which will require that, if necessary, a trial commence on or before June 3, 2004.

10. In the event that a trial is necessary the trial will last approximately 5 days.

11. A date convenient with the Court should be established for the Pretrial Conference.

Filed this 6th day of April, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

TODD E. NEWHOUSE
Assistant United States Attorney

2

On behalf of defendant Rankins:

_____
MARK J. ALBANO, ESQ.
Counsel for defendant Rankins

## CERTIFICATE OF SERVICE

Hampden, ss.                               Springfield, Massachusetts
                                           April 6, 2004

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

_____
TODD E. NEWHOUSE
Assistant U.S. Attorney