UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No.: 04-30003-MAP |
| | ) | |
| ALEX RANKINS, JR, | ) | |
| Defendant. | ) | |

**MOTION OF THE DEFENDANT TO MODIFY CONDITIONS OF RELEASE**

Alex Rankins, Jr., the defendant in the above-referenced, hereby moves that the

Court modify his conditions of pretrial release by allowing him to attend, in his

employment capacity as production assistant intern for Sinister Records, the concert to be

given by White Chameleon at the Webster Theater in Hartford Connecticut on April 10,

2004 between the hours of 5:00 pm on April 10 and 5:00 am on April 11. As grounds for

this motion, the defendant states that his present conditions of release prevent him from

traveling from Hampden or Hampshire County. The purpose of the proposed travel is not

social but is related to his employment relationship, as an intern with Sinister Records. In

the absence of the modification requested, the defendant will suffer undue hardship by

being unable to tend to matters for which he is responsible.

Dated: April 8, 2004

THE DEFENDANT,

By: _____

Mark J. Albano, Esq.
DALSEY, FERRARA & ALBANO
73 State Street, Suite 101
Springfield, MA  01103
Tel. (413) 736-6971
B.B.O. No.: 013860

## CERTIFICATE OF SERVICE

I, Mark J. Albano, Esq., hereby certify that a copy of the foregoing document was served upon the following person(s) by in hand delivery, on this the 8th day of April, 2004:

Tolland K. Gladden
FEDERAL PRETRIAL SERVICES
1550 Main Street, Room 534
Springfield, MA 01103

Todd E. Newhouse, Assistant U.S. Attorney
U.S. Department of Justice
1550 Main Street, Room 310
Springfield, MA 01103

Mark J. Albano, Esq.