# DALSEY, FERRARA & ALBANO
ATTORNEYS AT LAW

73 STATE STREET
SUITE 101
SPRINGFIELD, MA 01103-2069



TELEPHONE (413) 736-6971 - FAX (413) 746-9224
E-mail: malbano@dalsey-ferrara.com

April 8, 2004

*Via Hand Delivery*
Todd E. Newhouse, Assistant U.S. Attorney
U.S. Department of Justice
FEDERAL BUILDING & COURTHOUSE
1550 Main Street, Room 310
Springfield, MA 01103

      Re:   United States of America
             v. Alex Rankins, Jr.
             U.S. District Court (D. Mass.)
             <u>Crim. No.: 04-30003-MAP</u>

Dear Mr. Newhouse:

      Thank you for your letter of April 2, which I received on April 5, 2004. To follow on our telephone conversation yesterday, please be advised as follows with respect to discovery in this matter:

1.    *Defendant's Discovery Responses.*

      a.    In accordance with Local Rule 116.1 (D), and Fed. R. Crim. P. 16(b)(1)(A) and (B), please be advised that, at present, there are no items within the defendant's possession, custody or control which fall within the purview of Fed. R. Crim. P. 16(b)(1)(A) and (B) and which are not otherwise exempted form disclosure pursuant to Fed. R. Crim. P. 16(b)(2);

      b.    With respect to your request under Fed. R. Crim. P. 12.1 concerning notice of an alibi defense, please be advised that the defendant is unable at present to respond, inasmuch as your request fails to specifically state "the time, place and date of the alleged offense." Please therefore provide this information in accordance with Fed. R. Crim. P. 12.1(a)(1); and

1

  c. In response to your requests directed to Fed. R. Crim. P. 12.2 and 12.3, please be advised that, at present, the defendant does not intend to assert a defense of insanity or a defense of exercise of public authority.

2. *Defendant's Discovery Requests.*

  a. In accordance with Fed. R. Crim P. 16(a)(1)(F) and (G), the defendant requests that the government produce forthwith the information delineated therein.

  b. In accordance with Fed. R. Crim P. 16(a)(1)(E), the defendant requests the following materials which are material to preparation of his defense:

   1. the rough notes of government agents who obtained statements and search consents from the defendant or his mother, See *U.S. v. Almohandis*, Criminal No.: 2004-10004-PBS, Memorandum and Order (Collings, U.S.M.J., February 27, 2004);

  c. complete information and related documents evidencing the promises, rewards and/or inducements offered or made to the defendant or his mother in connection with the search consents;

  d. complete information and related documents evidencing the promises, rewards and/or inducements offered or made to the defendant in connection with his guilty plea to the Connecticut charges in January 2003 and to the Massachusetts charges in 2003;

  e. complete information and related documents evidencing the promises, rewards and/or inducements offered or made to the defendant in connection with the assistance rendered by the defendant to the government in 2003; and

  f. complete information and related documents evidencing the nature and results of the assistance rendered by the defendant to the government in 2003;

  Should you have any questions or comments, please do not hesitate to contact me. Until then, I look forward to your response in 14 days.

            Very truly yours,

            */s/ Mark J. Albano*
            Mark J. Albano

cc:

*Via Hand Delivery*
Bethany Healy, Magistrate's Clerk
UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF MASSACHUSETTS
1550 Main Street
Springfield, MA 01103

y

cc:

*Via Hand Delivery*
Bethany Healy, Magistrate's Clerk
UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF MASSACHUSETTS
1550 Main Street
Springfield, MA 01103