UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>v.                                           )<br>)<br>)<br>ALEX RANKINS, JR.,                     )<br>            Defendant                  ) | Criminal No. 04-30003-MAP |

INTERIM STATUS REPORT
April 8, 2004

NEIMAN, U.S.M.J.

The court held a Status Conference this day pursuant to Local Rule 116.5.  In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The parties -- and the court -- have agreed and determined that fourteen days will have run on the Speedy Trial Clock as of June 2, 2004.   A separate order shall issue.

3. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge