UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04-30003-MAP |
| v. | ) |
| | ) |
| ALEX RANKINS, JR., | ) |
| Defendant. | ) |

### SECOND MEMORANDUM PURSUANT TO LOCAL RULE 116.5

The United States of America, by and through its undersigned attorneys hereby files this memorandum. The government faxed a draft to Mark J. Albano, Esq., counsel for defendant Rankins, on June 1, 2004.

1. The defendant sent the government a discovery letter on April 8, 2004 to which the government responded on April 22, 2004. There have been no discovery motions filed so there are currently no discovery issues not yet presented or resolved by the Court.

2. The defendant has requested discovery of expert witnesses under Fed. R. Crim. Pro. 16(a)(1)(E) and the government responded.

3. The parties do not anticipate providing additional discovery as the result of future receipt of information.

4. The defendant does not intend to raise a defense of insanity or public authority.

5. The government has requested notice of alibi by the

1

defendant and there has been no response by the defendant.

6. The defendant has not filed and does not intend to file, any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

7. It is not necessary to schedule any matter in the case other than a Pretrial Conference.

8. The parties are currently engaging in plea negotiations.

9. The parties agree that there are periods of excludable delay. The parties agree that the time frame from arraignment, March 25, 2004 through April 8, 2004 is excludable under Local Rule 112.2(A)(2). Further, at the April 8, 2004, Status Conference the parties agreed, and the Court Ordered, that the time between April 8, 2004 and the June 2, 2004 Final Status Conference is excludable pursuant to 18 U.S.C. §3161(h)(8)(A).

Therefore, as of the day of the Final Status Conference on June 2, 2004, 14 days have run and 56 days remain on the Speedy Trial clock which will require that, if necessary, a trial commence on or before July 26, 2004.

10. In the event that a trial is necessary the trial will last approximately 5 days.

11. A date convenient with the Court should be established for the Pretrial Conference.

2

Filed this 1st day of June, 2004.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> /s/ Todd E. Newhouse
> _____
> TODD E. NEWHOUSE
> Assistant United States Attorney
>
> On behalf of defendant Rankins:
>
> _____
> MARK J. ALBANO, ESQ.
> Counsel for defendant Rankins

CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       June 1, 2004

   I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

> /s/ Todd E. Newhouse
> _____
> TODD E. NEWHOUSE
> Assistant U.S. Attorney