UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30003-MAP |
| | ) | |
| ALEX RANKINS, JR., | ) | |
| Defendant | ) | |

<u>FINAL STATUS REPORT</u>
June 2, 2004

NEIMAN, U.S.M.J.

The court held a final status conference this day, and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. A trial, which the parties estimate will take five days, may be necessary. The parties are presently engaging in plea negotiations. An initial pretrial conference has been scheduled for June 30, 2004 at 3:30 p.m. in Courtroom II.

2. Defendant does not intend to file dispositive motions or to raise a defense of insanity or public authority.

3. All discovery has been completed.

4. The parties report and the court finds that fourteen days will have run on the Speedy Trial clock as of June 30, 2004. An Order of Excludable Delay will issue.

    5.    There are no other matters relevant to the progress or resolution of the case.

DATED: June 2, 2004

                                     /s/ Kenneth P. Neiman  
                                     KENNETH P. NEIMAN  
                                   U.S. Magistrate Judge