## DALSEY, FERRARA & ALBANO
ATTORNEYS AT LAW

73 STATE STREET
SUITE 101
SPRINGFIELD, MA 01103-2069

TELEPHONE (413) 736-6971 - FAX (413) 746-9224
E-mail: malbano@dalsey-ferrara.com



June 18, 2004

Elizabeth French, Deputy Clerk
UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF MASSACHUSETTS
1550 Main Street
Springfield, MA 01103

       Re:    United States of America
                v. Alex Rankins, Jr.
                U.S. District Court (D. Mass.)
                <u>Crim. No.: 04-30003-MAP</u>

Dear Ms. French:

      My client, the defendant in the above-referenced matter, has decided to change his plea in this case.

      The court had scheduled a Pre-Trial Conference before Judge Ponsor on Wednesday, June 30, 2004 at 3:30 p.m.

      Both Assistant U.S. Attorney Todd Newhouse and I would prefer to utilize this time for a Change of Plea Hearing.

      Please inform counsel of the court's intentions in this regard.

      Thank you for your cooperation.

                                          Very truly yours,

                                          Mark J. Albano

MJA:tmp

1

Elizabeth French, Deputy Clerk
UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF MASSACHUSETTS
June 18, 2004
Page Two

cc:

Todd E. Newhouse, Assistant U.S. Attorney
U.S. Department of Justice
FEDERAL BUILDING & COURTHOUSE
1550 Main Street, Room 310
Springfield, MA 01103