AO 245B  Judgment in a Criminal Case - D. Massachusetts
        Statement of Reasons - Sheet 1

# UNITED STATES DISTRICT COURT
## District of Massachusetts

UNITED STATES OF AMERICA  
V.  
ALEX RANKINS

STATEMENT OF REASONS

Case Number: 3 04 CR 30003 - 001 - MAP

MARK ALBANO, ESQ  
Defendant's Attorney

[X] The court adopts the factual findings and guideline application in the presentence report.

**OR**

[ ] The court adopts the factual findings and guideline application in the presentence report, except (see attachment, if necessary):

[ ] See Continuation Page

**Guideline Range Determined by the Court:**

| | |
|---|---|
| Total Offense Level: | 12 |
| Criminal History Category: | II |
| Imprisonment Range: | 72 to 78 months |
| Supervised Release Range: | 3 to 5 years |
| Fine Range: | $ $3,000.00 to $ $30,000.00 |

Defendant's Soc. Sec. No.: 000/00/9627  
Defendant's Date of Birth: 00/00/78  
Defendant's USM No.: 90790-038  
Defendant's Residence Address:  
43 BLUNT ROAD  
SPRINGFIELD, MA 01109

09/10/04  
Date of Imposition of Judgment

_(signature)_  
Signature of Judicial Officer

MICHAEL A. PONSOR  
U.S. DISTRICT JUDGE  
Name and Title of Judicial Officer

9-13-04  
Date

Defendant's Mailing Address:

SAME

AO 245B    Judgment in a Criminal Case - D. Massachusetts
Statement of Reasons - Sheet 3

Statement of Reasons - Page __3__ of _____

DEFENDANT:    ALEX RANKINS
CASE NUMBER:    3 04 CR 30003 - 001 - MAP

# STATEMENT OF REASONS

☐ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

## OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons:

## OR

☒ The sentence departs from the guideline range:

☒ upon motion of the government, as a result of a defendant's substantial assistance, ~~or~~ *and*

☐ for the following specific reason(s):

Pursuant to Title 18 USC 3553 and; the Court departs downward from the applicable guideline range due to a totality of the circumstances, to include: A criminal History Category II over-represents his true prior criminal conduct and due to the situation the def's father was involved in which makes incarceration more punitive to the defendant.

☐ See Continuation Page

AO 245B (Rev. 08/03) Criminal Judgment
Supplemental Statement of Reasons

DEFENDANT:
CASE NUMBER:
DISTRICT:

## SUPPLEMENTAL STATEMENT OF REASONS

## APPLICABILITY OF THE FEDERAL SENTENCING GUIDELINES

☐    The court applied the Guidelines and all relevant enhancements in this case.

☑    The court found the Guidelines unconstitutional in part, and imposed a sentence in accordance with the constitutionally applied portions of the Guidelines.

☐    The court did not apply the federal sentencing guidelines at all in this case and imposed a discretionary sentence.

☐    The court took some other action (Please explain below.):

☐    This judgment includes an alternative sentence.