UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No.: 04-30003-MAP |
| | ) |
| ALEX RANKINS, JR., | ) |
| Defendant. | ) |

**DEFENDANT'S CORRECTED MOTION TO EXTEND TIME FOR SURRENDER TO BUREAU OF PRISONS**

Alex Rankins, Jr., the defendant in the above-referenced, hereby moves to extend the time for his surrender to the Bureau of Prisons from October 8, 2004 to October 12, 2004. As grounds for this motion, the defendant states by his undersigned counsel as follows:

1. Pursuant to the Judgment in a Criminal Case entered in this matter on September 13, 2004, the defendant was to "surrender for service of sentence [ of five months imprisonment] at the institution designated by the Bureau of Prisons before 2:00 a.m. (sic.) on October 8, 2004."

2. As of this morning, the defendant had not been informed by the Bureau of Prisons or the U.S Marshalls of the designated place for his surrender and service of this sentence.

3. In light of this, the defendant's counsel was today informed upon inquiry to the United States Marshall's office in Springfield that the absence of a designation by the Bureau of Prisons was due to an error in communication, and the Bureau of Prisons today

confirmed that on September 21, 2004 it had notified the U.S Marshall's that the defendant had been designated to report to the Bureau of Prisons facility in Ray Brook, New York, although the defendant had not been informed of this designation.

For these reasons, the defendant respectfully requests that the time for his surrender to the Bureau of Prisons be extended to Tuesday, October 12, 2004, at which time the defendant will report to the Bureau of Prisons facility in Ray Brook, New York not later than 2:00 p.m.

Dated: October 8, 2004

THE DEFENDANT,

By: /s/ Mark J. Albano
Mark J. Albano, Esq.
DALSEY, FERRARA & ALBANO
73 State Street, Suite 101
Springfield, MA 01103
Tel. (413) 736-6971
B.B.O. No.: 013860

## CERTIFICATE OF SERVICE

I, Mark J. Albano, Esq., hereby certify that a copy of the foregoing document was served upon the following person(s) via facsimile, on this the 8th day of October, 2004:

Todd E. Newhouse, Assistant U.S. Attorney
U.S. Department of Justice
1550 Main Street, Room 310
Springfield, MA 01103
*Via Facsimile 413.785.0394*

2

United States Bureau of Prisons
Field Office
2200 JFK Federal Building
Boston, MA 02203
*Via Facsimile 617.565.4297*

[signature]
Mark J. Albano, Esq.