UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-30003-MAP |
| | ) | |
| ALEX RANKINS, JR., | ) | |
| Defendant. | ) | |

**MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, by its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves that this Court issue a Final Order of Forfeiture in the above-captioned case, pursuant Title 21, United States Code, Section 853. In support thereof, the United States sets forth the following:

1. On or about February 19, 2004, a federal grand jury sitting in the District of Massachusetts returned a three Count Indictment charging defendant Alex Rankins, Jr., (the "Defendant" or "Rankins"), with the following violations: Distribution and Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 841(a)(1), and Aiding and Abetting, in violation of 18 U.S.C. § 2 (Count One); Possession of a Firearm with an Obliterated Serial Number, in violation of 18 U.S.C. § 922(k) (Count Two); and, Carrying a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A), and Aiding and Abetting, in violation of 18 U.S.C. § 2 (Count Three). The Indictment also included a Forfeiture Allegation,

charging the Defendant with Criminal Forfeiture, pursuant to 21 U.S.C. § 853.

2. The Forfeiture Allegation sought the forfeiture, as a result of the offenses alleged in Count One of the Indictment, of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the offenses alleged in Count One, and any property, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including, but not limited to:

  (a) $3,488 in United States Currency (the "Defendant Currency").

3. On or about June 30, 2004, and pursuant to a written plea agreement, the Defendant entered a plea of guilty to Counts One through Three of the Indictment, and the parties agreed that Rankins would forfeit the Defendant Currency to the United States. Rankins admitted that the Defendant Currency is subject to forfeiture on the grounds that it constitutes, or is derived from, proceeds of Rankin's unlawful drug activity and/or is property used, or intended to be used, to commit the crimes charged in Count One of the Indictment.

4. On or about August 16, 2004, this Court issued a Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, against the Defendant's interest in the Defendant Currency.

2

5.   On or about September 13, 2004, this Court sentenced the Defendant to five months imprisonment, five years of Supervised Release, and a Special Assessment of $300. In addition, this Court ordered the Defendant to forfeit the Defendant Currency to the United States.

6.   On or about November 4, 2004, November 11, 2004, and November 18, 2004, a Notice of Order of Forfeiture was published in the <u>Boston Herald</u> Newspaper pursuant to 21 U.S.C. § 853(n) (see Exhibit A attached hereto).

7.   By virtue of the Defendant's guilty plea and subsequent conviction on Counts One, Two, and Three of the Indictment, the United States is now entitled to any and all interest the Defendant has in the Defendant Currency.

8.   To date, no other claims of interest in the Defendant Currency have been filed with the Court and the time within which to do so has expired.

WHEREFORE, the United States respectfully requests that this Court enter a Final Order of Forfeiture against the Defendant Currency. A Proposed Order is submitted herewith for the convenience of the Court.

                                                Respectfully submitted,
                                                MICHAEL J. SULLIVAN
                                                United States Attorney

BY: _____
     TODD E. NEWHOUSE
     SHELBEY D. WRIGHT
     Assistant U.S. Attorneys
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     Telephone: (617) 748-3100

Date: 1/13/05

### CERTIFICATE OF SERVICE

I, Todd E. Newhouse, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Final Order of Forfeiture, as well as a proposed Final Order of Forfeiture, was served upon Mark J. Albano, Esquire, Dalsey, Ferrara & Albano, 73 State Street, Suite 101, Springfield, Massachusetts 01103, as counsel for Defendant Alex Rankins, Jr., by first class mail, postage prepaid.

_____
Todd E. Newhouse
Assistant U.S. Attorney

Date: 1/13/05

N:\LTalbot\wright\Rankins\Motion for Final Order of Forfeiture.wpd

# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR No. 04-30003-MAP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ALEX RANKINS, JR. | PRELIMINARY ORDER OF FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

PUBLICATION

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the BostonHerald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of: Shelbey D. Wright/LJT
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3100
DATE: August 20, 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process No.: 
District of Origin No.: 38
District to Serve No.: 38
Signature of Authorized USMS Deputy or Clerk
Date: 11/1/04

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 12/27/04
Time: 
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Advertised in the Boston Herald on Nov 4, Nov 11 and Nov 18, 2004

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD  ☒ NOTICE OF SERVICE  ☐ BILLING STATEMENT  ☐ ACKNOWLEDGMENT OF RECEIPT

GOVERNMENT EXHIBIT A

617-223-9715 (Lo) # 815175    11/4, 11/18

U.S. Department of Justice
United States Marshals Service

## PUBLIC VOUCHER FOR ADVERTISING

For Agency Use Only

| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE | VOUCHER NUMBER |
|---|---|
| United States Marshals Service | |
| PLACE VOUCHER PREPARED: Boston, MA | DATE PREPARED: 11/1/04 | SCHEDULE NUMBER |
| NAME OF PUBLICATION: Boston Herald | | PAID BY |
| NAME OF PUBLISHER OR REPRESENTATIVE: Legal Department | | |
| ADDRESS: One Herald Square, Boston, MA | | |

### CHARGES

| TYPEFACE | (size of type) POINT PER | (inch, square, word, or folio) |
|---|---|---|
| | NUMBER OR LINES (Indicate counted or space) | COST PER LINE | TOTAL COST |
| FIRST INSERTION 11/4/04 | 128 | $3.49 | $446.72 |
| ADDITIONAL INSERTIONS GIVE NUMBER ▶ 2x | 256 | 3.49 | 893.44 |
| TOTAL 3 | | | $1,340.16 |

Insert notice text:

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS, ss.
NOTICE OF ORDER OF FORFEITURE
Criminal No. 04-30003-MAP
United States of America, District of Massachusetts, at Boston, Massachusetts, August 16, 2004.

Notice is hereby given that a Preliminary Order of Forfeiture has been entered in the United States District Court against the interest of Defendant Alex Rankins, Jr. in the following, pursuant to Rule 32.2, United States Code, Section 853(n)(1):

* $3,488 in United States Currency (the "Defendant Currency").

Upon adjudication of all third party interests, the United States of America intends to dispose of the Defendant Currency, in accordance with the law.

Pursuant to 21 U.S.C. s853(n) (2) and (3), any person, other than the Defendant, having or claiming a legal interest in the Defendant Currency may, within thirty (30) days of the final publication of this notice or receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the petitioner's alleged interest in the Defendant Currency. The petition must be filed with the United States District Court for the District of Massachusetts and served upon the United Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, within the thirty (30) day period provided under 21 U.S.C. s853(n). The petition shall be signed by the petitioner under the pains and penalties of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited Defendant Currency, the time and circumstances of petitioner's acquisition of the right, title, or interest in the Defendant Currency, any additional facts supporting petitioner's claim and the relief sought. Upon adjudication of all third party interests, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. s853, in which all such interests will be addressed.

ANTHONY DICHIO
UNITED STATES MARSHAL
DISTRICT OF MASSACHUSETTS
Nov 4, 11, 18

| | COST PER LINE | TOTAL COST |
|---|---|---|
| NUMBER OR UNITS (Indicate inch, square, word, folio) | | $ |
| | | $ |
| TOTAL LINE RATES AND OTHER RATES | | |
| LESS DISCOUNT AT % | | |
| BALANCE DUE | | $ |
| VERIFIED (Initials) | | |

...which has been completed.

SIGNATURE OF PUBLISHER OR REPRESENTATIVE: [signature]
TITLE: Legal Adv Rep.
DATE:

### FOR AGENCY USE ONLY

| ADVERTISEMENT PUBLISHED IN | DATE PUBLISHED |
|---|---|
| I certify that the advertisement described above appeared in the named publication and that this account is correct and eligible for payment. | |
| SIGNATURE AND TITLE OF CERTIFYING OFFICER | DATE |
| SIGNATURE AND TITLE OF AUTHORIZING OFFICER | DATE |
| ACCOUNTING CLASSIFICATION: 03-ATF-001401    FY 05   O/C 2417 | PAID BY CHECK NUMBER |

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,     )
          Plaintiff,          )
                              )
     v.                       )   CRIMINAL NO. 04-30003-MAP
                              )
ALEX RANKINS, JR.,            )
          Defendant.          )
```

**FINAL ORDER OF FORFEITURE**

**PONSOR, D.J.,**

WHEREAS, on or about February 19, 2004, a federal grand jury sitting in the District of Massachusetts returned a three Count Indictment charging defendant Alex Rankins, Jr., (the "Defendant" or "Rankins"), with the following violations: Distribution and Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 841(a)(1), and Aiding and Abetting, in violation of 18 U.S.C. § 2 (Count One); Possession of a Firearm with an Obliterated Serial Number, in violation of 18 U.S.C. § 922(k) (Count Two); and, Carrying a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A), and Aiding and Abetting, in violation of 18 U.S.C. § 2 (Count Three);

AND WHEREAS, the Indictment also included a Forfeiture Allegation, charging the Defendant with Criminal Forfeiture, pursuant to 21 U.S.C. § 853;

AND WHEREAS, the Forfeiture Allegation sought the forfeiture, as a result of the offenses alleged in Count One of

the Indictment, of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the offenses alleged in Count One, and any property, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including, but not limited to:

    (a)   $3,488 in United States Currency (the "Defendant Currency");

AND WHEREAS, on or about June 30, 2004, and pursuant to a written plea agreement, the Defendant entered a plea of guilty to Counts One through Three of the Indictment, and the parties agreed that Rankins would forfeit the Defendant Currency to the United States;

AND WHEREAS, on or about August 16, 2004, this Court issued a Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, against the Defendant's interest in the Defendant Currency;

AND WHEREAS, on or about September 13, 2004, this Court sentenced the Defendant to five months imprisonment, five years of Supervised Release, a Special Assessment of $300, and ordered the Defendant to forfeit the Defendant Currency to the United States;

AND WHEREAS, on or about November 4, 2004, November 11, 2004, and November 18, 2004, a Notice of Order of Forfeiture was published in the <u>Boston Herald</u> Newspaper pursuant to 21 U.S.C.

§ 853(n);

AND WHEREAS, to date, no other claims of interest in the Defendant Currency have been filed with the Court and the time within which to do so has expired;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Defendant Currency, and it is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853.

3. All other parties, having any right, title, or interest in the Defendant Currency, are hereby held in default.

4. The United States Marshals Service, in conjunction with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the Defendant Currency in accordance with applicable law.

DONE AND ORDERED in Springfield, Massachusetts, this _____ day of _____, 2005.


Dated:

MICHAEL A. PONSOR
United States District Judge