UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>Plaintiff,     )<br>     )<br>v.     )<br>     )<br>ALEX RANKINS, JR.,     )<br>Defendant.     ) | CRIMINAL NO. 04-30003-MAP |

**FINAL ORDER OF FORFEITURE**

**PONSOR, D.J.,**

WHEREAS, on or about February 19, 2004, a federal grand jury sitting in the District of Massachusetts returned a three Count Indictment charging defendant Alex Rankins, Jr., (the "Defendant" or "Rankins"), with the following violations: Distribution and Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 841(a)(1), and Aiding and Abetting, in violation of 18 U.S.C. § 2 (Count One); Possession of a Firearm with an Obliterated Serial Number, in violation of 18 U.S.C. § 922(k) (Count Two); and, Carrying a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A), and Aiding and Abetting, in violation of 18 U.S.C. § 2 (Count Three);

AND WHEREAS, the Indictment also included a Forfeiture Allegation, charging the Defendant with Criminal Forfeiture, pursuant to 21 U.S.C. § 853;

AND WHEREAS, the Forfeiture Allegation sought the forfeiture, as a result of the offenses alleged in Count One of

the Indictment, of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the offenses alleged in Count One, and any property, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including, but not limited to:

    (a)    $3,488 in United States Currency (the "Defendant Currency");

AND WHEREAS, on or about June 30, 2004, and pursuant to a written plea agreement, the Defendant entered a plea of guilty to Counts One through Three of the Indictment, and the parties agreed that Rankins would forfeit the Defendant Currency to the United States;

AND WHEREAS, on or about August 16, 2004, this Court issued a Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, against the Defendant's interest in the Defendant Currency;

AND WHEREAS, on or about September 13, 2004, this Court sentenced the Defendant to five months imprisonment, five years of Supervised Release, a Special Assessment of $300, and ordered the Defendant to forfeit the Defendant Currency to the United States;

AND WHEREAS, on or about November 4, 2004, November 11, 2004, and November 18, 2004, a Notice of Order of Forfeiture was published in the <u>Boston Herald</u> Newspaper pursuant to 21 U.S.C.

2

§ 853(n);

AND WHEREAS, to date, no other claims of interest in the Defendant Currency have been filed with the Court and the time within which to do so has expired;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Defendant Currency, and it is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853.

3. All other parties, having any right, title, or interest in the Defendant Currency, are hereby held in default.

4. The United States Marshals Service, in conjunction with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the Defendant Currency in accordance with applicable law.

DONE AND ORDERED in Springfield, Massachusetts, this 18th day of January, 2005.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge

Dated:

3